UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DOUGLAS BERMAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 12-10687-DPW |
| v. | ) ) ) | |
| MERRIMACK COLLEGE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to dismissal of this action with prejudice, in accordance with and pursuant to the terms of a Settlement Agreement among the parties dated July 11, 2013.

Respectfully submitted,

| | |
|---|---|
| CARMEN M. ORTIZ<br>United States Attorney | MERRIMACK COLLEGE<br><br>By its attorneys, |
| By: */s/ Christine J. Wichers*<br>Christine J. Wichers<br>Assistant U.S. Attorney<br>One Courthouse Way<br>Boston, MA 02210<br>(617) 748-3278<br>Christine.wichers@usdoj.gov | */s/ Daniel I. Small*<br>Daniel I. Small<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>(617) 854-1453<br>Dan.small@hklaw.com |

DOUGLAS BERMAN

By his attorneys:

*/s/ Robert M. Thomas, Jr.*
Robert M. Thomas, Jr.
Whistleblower Law Collaborative
Thomas & Associates
280 Summer Street, 5th Floor
Boston, MA 02210
(617) 371-1072
rmt@thomasandassoc.net


*/s/ Suzanne E. Durrell*
Suzanne E. Durrell
Whistleblower Law Collaborative
Durrell Law Office
180 Williams Ave.
Milton, MA 02186
(617) 333-9681
Suzanne.durrell@verizon.net

Dated:  August 19, 2013

## **Certificate of Service**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on August 19, 2013.

                                        */s/ Christine J. Wichers*
                                        Christine J. Wichers